MORRIS WEINER, Appellant, v. JENNIE WEINER, Respondent.— Order affirmed, without costs. The Connecticut action is for a declaratory judgment that the parties are husband and wife. It is for the Connecticut court to decide questions of domicile. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Peck, P. J., and Dore, J., dissent and vote to reverse and grant in the following memo.: Though there may be a question as to plaintiff's residence, he claims to be a resident of New York and certainly is subject to suit here, where defendant

resides. As the action which defendant has initiated in Connecticut seeks, in part at least, what is in effect a modification of a New York decree of separation, it is more appropriate that the subject matter of the Connecticut suit be entertained here.